IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY FALONEY, JAMES M. WHITT AND ANITRA WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>WACHOVIA BANK, N.A.<br>Defendant | CIVIL ACTION<br>No. 07-1455 |
| CATHERINE D. HARRISON, by and through her sister and attorney in fact, JOANNE WELLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WACHOVIA BANK, N.A.<br>Defendant | CIVIL ACTION<br>No. 08-755 |



FILED

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER ADOPTING
THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE IN ITS ENTIRETY**

AND NOW this 24th day of October, 2008, it is hereby ORDERED AND DECREED that the Report and Recommendation of Magistrate Judge Timothy Rice for Preliminary Approval of the Settlement with Wachovia Bank, N.A., for Preliminary Certification of a Class for Settlement Purposes and for Related Relief dated October, 10, 2008 is hereby ACCEPTED in its entirety.

The parties are hereby directed to comply with the recommendations in Judge Rice's report and to treat the same as an Order or this Court.

_____
United States District Judge

Faxed to attached counsel.
10/27/08